IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01714-RPM

RODNEY BURDICK,

      Plaintiff,

v.

JEFFERSON COUNTY SHERIFF DEPUTY DARREN OJARD,
JEFFERSON COUNTY SHERIFF DEPUTY ROBERT RANKER, individually and severally,
JEFFERSON COUNTY SHERIFF TED MINK, and
THE BOARD OF COMMISSIONERS OF THE COUNTY OF JEFFERSON, COLORADO,

      Defendants.

_____

ORDER OF DISMISSAL AS TO DEFENDANTS JEFFERSON COUNTY SHERIFF TED MINK AND THE BOARD OF COMMISSIONERS OF THE COUNTY OF JEFFERSON, COLORADO.
_____

On December 27, 2010, Defendants Jefferson County Sheriff Ted Mink and the Jefferson County Board of County Commissioners moved to dismiss. The plaintiff filed his response on January 20, 2011. The complaint, filed July 20, 2010 fails to allege facts sufficient to support a claim against these defendants. The Board of County Commissioners has no authority over the policies and practices of the Sheriff's Office under well established Colorado law. The claims against the Sheriff seeking to assert liability for failure to train and supervise as an established policy is not supported by any facts alleged. Accordingly, it is

ORDERED that the motion is granted and Jefferson County Sheriff Ted Mink and the Board of County Commissioners of Jefferson County, Colorado, are dismissed from this civil action.

DATED:   January 21st, 2011

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge