IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01714-RPM

RODNEY BURDICK,

      Plaintiff,

v.

JEFFERSON COUNTY SHERIFF DEPUTY DARREN OJARD and
JEFFERSON COUNTY SHERIFF DEPUTY ROBERT RANKER, individually and severally,

      Defendants.

___

ORDER FOR DISMISSAL OF DEFENDANTS OJARD AND RANKER
___

      Pursuant to Plaintiff's Unopposed Motion to Dismiss Jefferson County Sheriff Deputies Darren Ojard and Robert Ranker with Prejudice [13] filed April 19, 2011, it is

      ORDERED that the motion is granted and Jefferson County Sheriff Deputies Darren Ojard and Robert Ranker are dismissed with prejudice.

      Dated:    April 20th, 2011

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge